**DISMISS and Opinion Filed February 29, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00074-CV

**TEXAS MILITARY DEPARTMENT AND STATE OF TEXAS, Appellants**
**V.**
**NICOLE R. PENA INDIVIDUALLY AND**
**ON BEHALF OF D.G., A MINOR, Appellee**

**On Appeal from the 229th District Court**
**Starr County, Texas**
**Trial Court Cause No. DC-23-240**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Nowell

Before the Court is appellant's amended motion to dismiss this appeal because the parties have settled their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE

240074f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TEXAS MILITARY
DEPARTMENT AND STATE OF
TEXAS, Appellants

No. 05-24-00074-CV     V.

NICOLE R. PENA
INDIVIDUALLY AND ON
BEHALF OF D.G., A MINOR,
Appellee

On Appeal from the 229th District
Court, Starr County, Texas
Trial Court Cause No. DC-23-240.
Opinion delivered by Justice Nowell.
Justices Partida-Kipness and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NICOLE R. PENA INDIVIDUALLY AND ON BEHALF OF D.G., A MINOR recover her costs of this appeal from appellants TEXAS MILITARY DEPARTMENT AND STATE OF TEXAS.

Judgment entered this 29th day of February, 2024.